UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEE KIRKLAND,

    Defendant.

Case No. 1:09:CR:185

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 31, 2009, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Robert Lee Kirkland's plea of guilty to Count Two of the Superseding Indictment is accepted. Defendant Robert Lee Kirkland is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Robert Lee Kirkland shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Thursday, February 4, 2010**. Defendant Robert Lee Kirkland shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: January 14, 2010

       /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE